**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ) | CHAPTER 7 |
| TED C. STRZELECKI ) | CASE NO. 08-42421 JBR |
| JULIE A. STRZELECKI ) | |
| DEBTOR(S) ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY OR,
IN THE ALTERNATIVE, ADEQUATE PROTECTION**

After notice and hearing of Ford Motor Credit Company LLC f/k/a Ford Motor Credit Company's Motion for Relief from Stay or, in the Alternative, Adequate Protection dated October 17, 2008, it is hereby ORDERED that:

The Automatic Stay of Section 362(a) of the Bankruptcy Code is modified so that Ford Motor Credit Company LLC f/k/a Ford Motor Credit Company may exercise its rights if any, under its security agreement with the above Debtor(s) with regard to a 2004 Ford Explorer, Vehicle Identification Number 1FMZU73EX4UB79430, in accordance with State and Federal Law.  No deficiency judgment shall be obtained or enforced without further order of this court (unless this case is dismissed).

Dated at _____, Massachusetts this _____ day of
_____, 200__.

_____ *Joel B. Rosenthal* _____
Bankruptcy Judge                              10/31/2008